# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2762

_____

Marvin Troy Heise,                    *
                                       *

        Appellant,             *
                                       * Appeal from the United States

     v.                      * District Court for the
                                       * District of Nebraska.

Ameritas Life Ins.; Larry Arth, CEO,  *
                                       * [UNPUBLISHED]

        Appellees.            *

_____

Submitted: July 3, 2007
Filed: July 9, 2007

_____

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Marvin Troy Heise appeals from the district court's[1] dismissal of his pro se civil complaint in which he alleged that he suffered from employment discrimination in violation of federal and state law. Upon de novo review, see Levy v. Ohl, 477 F.3d 988, 991 (8th Cir. 2007) (standard of review), we conclude that the district court properly dismissed Heise's complaint for the reasons stated in the court's order.

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

Accordingly, we affirm the district court's decision, <u>see</u> 8th Cir. R. 47B, but we modify the dismissal of any state law claims to be without prejudice, <u>see</u> <u>Labickas v. Ark. State Univ.</u>, 78 F.3d 333, 334-35 (8th Cir. 1996) (per curiam) (following dismissal of federal claims, district court has discretion to dismiss state law claims, but dismissal should be without prejudice).

_____